Joshua Trigsted (13126)
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126 ext. 1
866-927-5826 facsimile
Josh@TLGConsumerlaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TYLER HAVEARD,<br><br>            Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>            Defendant. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Case no: 2:19-cv-00427-DBP** |

Pursuant to Fed. R. Civ. P. 41, **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Utah, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Dated this 2nd day of August, 2019.

                                                           **TRIGSTED LAW GROUP, P.C.**

                                                           _____s/Joshua Trigsted_____
                                                           Joshua Trigsted
                                                           *Attorney for the Plaintiff*